UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANJANA BHAGAVAN, Individually and on Behalf of All Others Similarly Situated,<br>   *Plaintiff*,<br><br>v.<br><br>NUTEX HEALTH INC., THOMAS T. VO, JON C. BATES, and WARREN HOSSEINION,<br>   *Defendants*. | CASE NO. 4:25-cv-3999 |

**JOINT STIPULATION REGARDING EXTENSION OF DATE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE COURT:

Plaintiff Anjana Bhagavan ("Plaintiff") and counsel for Nutex Health Inc., Thomas T. Vo, Jon C. Bates, and Warren Hosseinion (collectively, "Defendants" and with Plaintiff, the "Parties") file this Joint Stipulation Regarding Extension of Date for Defendants to Respond to Plaintiff's Class Action Complaint, and would show the Court the following:

1. On August 22, 2025, Plaintiff filed her Class Action Complaint against Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Class Action Complaint").

2. Defendants waived the service of a summons on September 3, 2025 and September 9, 2025, subject to an agreement by Plaintiff that Defendants do not need to respond to the Class Action Complaint until a date to be set by the Court after lead plaintiff is appointed and an amended complaint is filed.

3. The initial pretrial conference is currently scheduled for November 12, 2025, and the Order for Conference and Disclosure of Interested Parties (ECF 11) incudes other deadlines leading up to the conference.

4. This case is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which, among other things, establishes procedures for the appointment of a lead plaintiff and selection of lead counsel. 15 U.S.C. § 78u-4(a)(3).

5. Specifically, the PSLRA requires the plaintiff filing the first-class action lawsuit to issue notice of the filing. Investors in the noticed class then have sixty days from publication of notice to move for appointment as lead plaintiff and for approval as lead counsel. *Id.* at § 78u-4(a)(3)(A)(i). Here, Plaintiff's counsel issued the statutorily required notice on August 22, 2025, and the notice established October 21, 2025 as the deadline to seek appointment as lead plaintiff and approval as lead counsel.

6. It is customary under the PSLRA to defer the defendants' response date until after (1) the Court selects a lead plaintiff and approves lead counsel and (2) lead plaintiff subsequently files an amended complaint.

7. Because others may move for appointment as lead plaintiff and the Court has yet to select lead plaintiff and approve lead counsel, the Parties desire to extend Defendants' deadline to respond to Plaintiff's Class Action Complaint from October 27, 2025 (which is the date currently reflected on the docket) to a date to be agreed upon between Defendants and the Court-appointed lead plaintiff and subsequently approved by the Court.

8. Moreover, because the PSLRA imposes a mandatory stay of discovery pending resolution of a motion to dismiss, the Parties also desire to cancel the date for the initial pretrial conference currently scheduled for November 12, 2025, and request that the Court vacate the current Order for Conference and Disclosure of Interested Parties (ECF 11) pending appointment of a lead plaintiff and approval of lead counsel.

Agreed this 20th day of October 2025.

Respectfully submitted,

| | |
|---|---|
| **POMERANTZ LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| /s/ *Jeremy A. Lieberman* | /s/ *Roger B. Cowie* |
| Jeremy A. Lieberman | Roger B. Cowie |
| J. Alexander Hood II | State Bar No. 00783886 |
| 600 Third Avenue, 20th Floor | S.D. Tex. Bar No. 18886 |
| New York, NY 10016 | 2200 Ross Avenue, Suite 2800 |
| Telephone: (212) 661-1100 | Dallas, Texas 75201 |
| Facsimile: (917) 463-1044 | T: (214) 740-8000 |
| jalieberman@pomlaw.com | F: (214) 740-8800 |
| ahood@pomlaw.com | roger.cowie@troutman.com |
| | |
| **HOLZER & HOLZER, LLC** | |
| Corey D. Holzer | Mary M. Weeks (*pro hac vice* pending) |
| (*pro hac vice* application forthcoming) | 600 Peachtree St. NE, Suite 3000 |
| 211 Perimeter Center Parkway | Atlanta, Georgia 30062 |
| Suite 1010 | T: (404) 885-3000 |
| Atlanta, GA 30346 | mary.weeks@troutman.com |
| cholzer@holzerlaw.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of October, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                                                                                 /s/ *Roger B. Cowie*
                                                                                 Roger B. Cowie