**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ANJANA BHAGAVAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NUTEX HEALTH INC., THOMAS T. VO, JON C. BATES, and WARREN HOSSEINION, <br><br> Defendants. | Case No.: 4:25-cv-03999 <br><br> Hon. Charles Eskridge |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF**
**GERALD F. COX'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF COUNSEL**

I, Thane Tyler Sponsel III hereby declare as follows:

1.      I am a partner at Sponsel Miller PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Gerald F. Cox ("Movant") and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky ("Levi & Korsinsky") as lead counsel and Sponsel Miller as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:   Certification of Movant attaching transactions made in Nutex Health Inc. ("Nutex" or the "Company") during the Class Period;

**Exhibit B**:  Table of the calculated losses incurred by Movant as a result of transactions in Nutex securities;

**Exhibit C**:  Press release published August 22, 2025 on *Access Newswire*, announcing the pendency of the first-filed Action;

**Exhibit D**:  Signed Declaration by Movant in support of his Motion; and

**Exhibit E**:  Firm résumés of Levi & Korsinsky and Sponsel Miller.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: October 21, 2025

By:  */s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, October 21, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
