# EXHIBIT B

| Client Name | Gerald F. Cox |
| --- | --- |
| Company Name | Nutex Health Inc. |
| Ticker Symbol | NUTX |
| Security Type | |
| Class Period Start | 08-08-2024 |
| Class Period End | 08-14-2025 |
| 90-DAY Lookback Period Start | 08-15-2025 |
| 90-DAY Lookback Period End | 10-20-2025 |
| 90-DAY Lookback Average | $ 95.59 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $12,964.09 |
| DURA LIFO* Total | $12,964.09 |
| Gross Shares Purchased | 381 |
| Net Shares Retained | 381 |
| Net Funds Expended | $49,383.96 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-16-2025 | 381 | 129.6167 | $ 49,383.96 | | | | | | - | 381 | 381 | $ 95.59 | $ 36,419.87 | $ 12,964.09 | $ 12,964.09 |
| Total: | 381 | | $49,383.96 | | | | | | | 381 | 381 | | $36,419.87 | $12,964.09 | $12,964.09 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.