UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANJANA BHAGAVAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTEX HEALTH INC., THOMAS T. VO, JON C. BATES, and WARREN HOSSEINION,<br><br>Defendants. | Civil Action No. 4:25-cv-03999 |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOVANT SHAH AZMAN BIN MOHAMAD AYUB KHAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Shah Azman Bin Mohamad Ayub Khan ("Khan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Khan's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Khan's financial interest in this litigation;

Exhibit B:    Press release published via *ACCESS Newswire* on August 22, 2025, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Khan;

Exhibit D:    Declaration executed by Khan; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 21, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on October 21, 2025, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ *J. Alexander Hood II*
J. Alexander Hood II

2