# EXHIBIT A

**Nutex Health Inc. (NUTX)**
**Class Period: August 8, 2024 to August 14, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 67-Days* Mean Price $95.5903 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shah Azman Bin Mohamad Ayub Khan | 3/7/2025 | 245 | $114.0000 | ($27,930) | | | | | | | |
| Shah Azman Bin Mohamad Ayub Khan | 6/24/2025 | 92 | $115.0000 | ($10,580) | | | | | | | |
| Shah Azman Bin Mohamad Ayub Khan | 6/24/2025 | 43 | $114.9900 | ($4,945) | | | | | | | |
| **Shah Azman Bin Mohamad Ayub Khan** | | **380** | | **($43,455)** | | **0** | | **$0** | **380** | **$36,324** | **($7,130)** |

*Avg Closing Prices from August 15, 2025 to October 20, 2025