United States District Court
Southern District of Texas
**ENTERED**
October 28, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANJANA BHAGAVAN, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-03999 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NUTEX HEALTH INC, | § | |
| *et al*, | § | |
| Defendants. | § | |

### SCHEDULING AND DOCKET CONTROL ORDER

The following schedule will control disposition of this case through class certification:

1. **01/13/2026**  COMPLETION OF DISCOVERY RELATED TO CLASS CERTIFICATION

2. **02/12/2026**  MOTION FOR CLASS CERTIFICATION

    A party moving for class certification under Rule 23(c) after this date must show good cause.

3. **04/14/2026**  HEARING ON MOTION FOR CLASS CERTIFICATION

    The hearing will occur at 1:30 pm in Courtroom 9F, United States Courthouse, 515 Rusk, Houston, Texas.

Discovery at present is limited to topics necessary to class certification. Other scheduling deadlines will be set as determined appropriate at a later date.

Any party wishing to bring a dispositive motion must seek advance permission by motion.

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers. This includes any motion to compel, to quash, for protection, or for extension. Follow Section 15 of the Court's procedures.

Signed on October 27, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge