UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANJANA BHAGAVAN, Individually and
on Behalf of All Others Similarly Situated,
     *Plaintiff*,

v.

NUTEX HEALTH INC., THOMAS T. VO,
JON C. BATES, and WARREN
HOSSEINION,
     *Defendants.*

CASE NO. 4:25-cv-3999

## JOINT MOTION TO VACATE THE DEADLINES IN THE SCHEDULING AND DOCKET CONTROL ORDER

TO THE HONORABLE COURT:

Plaintiff Anjana Bhagavan ("Plaintiff") and Defendants Nutex Health Inc., Thomas T. Vo, Jon C. Bates, and Warren Hosseinion (collectively, "Defendants" and with Plaintiff, the "Parties") file this Joint Motion to Vacate the Deadlines in the Scheduling and Docket Control Order (ECF 24), and would show the Court the following:

1.     On August 22, 2025, Plaintiff filed the Class Action Complaint in the above-captioned action (the "Action") against Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Class Action Complaint").

2.     Defendants waived service of the summons and Class Action Complaint on September 3, 2025 and September 9, 2025 (*see* ECF 7-10), subject to an agreement by

Plaintiff that Defendants do not need to respond to the Class Action Complaint until a date to be set by the Court after lead plaintiff is appointed and an amended complaint is filed.

3.      The initial pretrial conference is currently scheduled for November 12, 2025, and the Order for Conference and Disclosure of Interested Parties (ECF 11) includes other deadlines leading up to the conference.

4.      This case is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which, among other things, establishes procedures for the appointment of a lead plaintiff and selection of lead counsel to oversee the putative class's claims in this Action and for a stay of discovery pending a ruling on the Defendants' upcoming motion to dismiss. 15 U.S.C. § 78u-4(a)(3) and (b)(3)(b).

5.      Specifically, the PSLRA requires the plaintiff filing the first-class action lawsuit to issue notice of the filing. *See id.* at § 78u-4(a)(3)(A)(i).  Investors in the noticed class then have 60 days from publication of notice to move for appointment as lead plaintiff and for approval of their selection of lead counsel. *Id.* at § 78u-4(a)(3)(A)(i)(II).  Here, Plaintiff's counsel issued the statutorily required notice on August 22, 2025, and the notice established October 21, 2025 as the deadline to seek appointment as lead plaintiff and approval of selection of lead counsel.  *See* ECF 17-3, 20-2.

6.      On October 20, 2025, the Parties stipulated to extend Defendants' deadline to respond to the Class Action Complaint from October 27, 2025 (which is the date currently reflected on the docket) to a date to be agreed upon between Defendants and the Court-appointed lead plaintiff and subsequently approved by the Court because, *inter alia*: (i) it is customary in actions governed by the PSLRA for the Court-appointed lead plaintiff

to file their own amended complaint that will supersede the initial plaintiff's complaint as the operative complaint; and (ii) the Parties anticipated the potential filing of one or more motions seeking appointment as lead plaintiff and approval of selection of lead counsel by the PSLRA's October 21, 2025 deadline to seek such relief. *See* ECF 15 (Joint Stipulation Regarding Extension of Date for Defendant to Respond to Plaintiff's Original Complaint).

7.    On October 21, 2025, two motions were filed by members of the putative Class (neither of which are Plaintiff) seeking appointment as lead plaintiff and approval of their respective selection of lead counsel to oversee the putative Class's claims in this Action. *See* ECF 16, 18.  Because these motions remain pending, it is unclear at this time which putative Class member and selected counsel will ultimately be litigating the putative Class's claims in this Action.

8.    Moreover, because the PSLRA imposes a mandatory stay of discovery pending resolution of a motion to dismiss (which Defendants expect to file once a lead plaintiff is appointed and lead plaintiff files their amended complaint), in the Parties' Joint Stipulation Regarding Extension of Date for Defendants to Respond to Plaintiff's Original Complaint (ECF 15), the Parties requested that the Court issue the proposed order attached to ECF 15 that (1) cancels the initial pretrial conference currently scheduled for November 12, 2025, (2) vacates the current Order for Conference and Disclosure of Interested Parties, including all deadlines therein (ECF 11), and (3) defers Defendants' deadline to respond to the pending initial complaint until after a lead plaintiff and lead counsel are appointed and the Court sets a schedule for the lead plaintiff to file an amended complaint and for the related motion to dismiss briefing.

9. Moreover, because the PSLRA imposes a mandatory stay of discovery pending resolution of a motion to dismiss, the Parties ask the Court to vacate the deadlines in the Court's Scheduling and Docket Control Order (ECF 24).

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court vacate the deadlines in the Court's Scheduling and Docket Control Order (ECF 24) and grant the relief requested in the Parties' Joint Stipulation Regarding Extension of Date for Defendants to Respond to Plaintiff's Original Complaint (ECF 15).

Respectfully submitted this 29th day of October 2025.

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
(*pro hac vice* application forthcoming)
211 Perimeter Center Parkway
Suite 1010
Atlanta, GA 30346
cholzer@holzerlaw.com

*Counsel for Plaintiff*

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Roger B. Cowie*
Roger B. Cowie
State Bar No. 00783886
S.D. Tex. Bar No. 18886
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800
roger.cowie@troutman.com

Mary M. Weeks (*pro hac vice* pending)
600 Peachtree St. NE, Suite 3000
Atlanta, Georgia 30062
T: (404) 885-3000
mary.weeks@troutman.com

*Counsel for Defendants*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Roger B. Cowie*
Roger B. Cowie