UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANJANA BHAGAVAN, Individually and
on Behalf of All Others Similarly Situated,
    *Plaintiff,*

v.

NUTEX HEALTH INC., THOMAS T. VO,
JON C. BATES, and WARREN
HOSSEINION,
    *Defendants.*

CASE NO. 4:25-cv-3999

**[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE THE DEADLINES IN THE SCHEDULING AND DOCKET CONTROL ORDER**

The current Scheduling and Docket Control Order (ECF 24) is VACATED.

SO ORDERED.

Signed on October \_\_\_, 2025, at Houston, Texas.

_____

Hon. Charles Eskridge
United States District Judge