United States District Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANJANA BHAGAVAN, Individually and
on Behalf of All Others Similarly Situated,
　　　　*Plaintiff*,

v.

NUTEX HEALTH INC., THOMAS T. VO,
JON C. BATES, and WARREN
HOSSEINION,
　　　　*Defendants.*

CASE NO. 4:25-cv-3999

**[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE THE DEADLINES IN THE SCHEDULING AND DOCKET CONTROL ORDER**

The current Scheduling and Docket Control Order (ECF 24) is VACATED.

SO ORDERED.

Signed on ,November 5, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge