United States District Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANJANA BHAGAVAN, Individually and on Behalf of All Others Similarly Situated,<br>　　*Plaintiff*,<br><br>v.<br><br>NUTEX HEALTH INC., THOMAS T. VO, JON C. BATES, and WARREN HOSSEINION,<br>　　*Defendants*. | CASE NO. 4:25-cv-3999<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF DATE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT** |

　　The parties' Joint Stipulation Regarding Extension of Date for Defendants to Respond to Plaintiff's Original Complaint is ADOPTED. ECF 15.

　　The initial pretrial conference scheduled for November 12, 2025 is CANCELED.

　　The current Order for Conference and Disclosure of Interested Parties (ECF 11) is VACATED.

　　Defendants' deadline to respond to Plaintiff's complaint is DEFERRED until after appointment of a lead plaintiff and approval of lead counsel and entry of a scheduling order for a consolidated amended complaint and motion to dismiss briefing.

　　SO ORDERED.

　　Signed on November 5, 2025, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　/s/ C.R. Eskridge
　　　　　　　　　　　　　　　　　　　　　Hon. Charles Eskridge
　　　　　　　　　　　　　　　　　　　　　United States District Judge