# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE NUTEX HEALTH INC. SECURITIES LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> 4:25-CV-03999 | Case No. 4:25-cv-03999 <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND JOINT MOTION FOR ORDER SETTING SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING** |

Court-appointed Lead Plaintiffs Gerald F. Cox and Shah Azman Bin Mohamad Ayub Khan ("Lead Plaintiffs") and Defendants Nutex Health Inc., Thomas T. Vo, Jon C. Bates, and Warren Hosseinion (collectively, "Defendants" and with Lead Plaintiffs, the "Parties") by and through their undersigned counsel, conferred regarding a proposed schedule for the filing of an Amended Complaint and Defendants' response thereto, including a briefing schedule in the event that Defendants move to dismiss the Amended Complaint, and hereby stipulate and agree as follows, and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on August 22, 2025, Anjana Bhagavan commenced the above-captioned action (the "Action") alleging violations of the federal securities laws on behalf of a putative class consisting of investors in the securities of Nutex Health Inc. ("Nutex") (*see* Dkt. No. 1);

1

WHEREAS, this Action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, under which, *inter alia*, discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (*see id.* § 78u-4(b)(3)(B));

WHEREAS, on November 5, 2025, the Court entered an Order deferring Defendants' deadline to respond to plaintiff's complaint until after appointment of a lead plaintiff and approval of lead counsel and entry of a scheduling order for a consolidated amended complaint and motion to dismiss briefing (*see* Dkt. No. 29);

WHEREAS, on November 19, 2025, the Court entered an Order appointing Gerald F. Cox and Shah Azman Bin Mohamad Ayub Khan as Co-Lead Plaintiffs and approving their selection of Pomerantz LLP and Levi & Korsinsky, LLP as Co-Lead Counsel in the Action (*see* Dkt. No. 31);

WHEREAS, the Parties have met and conferred and, based on counsels' schedules and the upcoming holidays, the Parties have agreed to the schedule set forth below for the filing of Lead Plaintiffs' Amended Complaint and briefing of Defendants' response thereto.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. Lead Plaintiffs shall file an Amended Complaint to serve as the operative complaint in this Action by February 2, 2026;

2. Defendants shall move, answer or otherwise respond to the Amended Complaint by April 3, 2026;

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiffs' opposition to Defendants' motion to dismiss shall be filed by June 2, 2026; and

4. Defendants' reply in support of their motion to dismiss the Amended Complaint shall be filed by July 2, 2026.

Dated: December 2, 2025  Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman (S.D. Tex. Bar Number 1466757)
Brenda Szydlo (*pro hac vice* pending)
Dean P. Ferrogari (*pro hac vice* pending)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the proposed Class*

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs and the proposed Class*

**SPONSEL MILLER PLLC**

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
Texas Bar No.: 24056361
520 Post Oak Boulevard, Suite 310
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile: (713) 892-5401
Email: sponsel@smglawgroup.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

3

| | |
|---|---|
| *Liaison Counsel for the Class* | *Additional Counsel for Shah Azman Bin Mohamad Ayub Khan* |
| | **TROUTMAN PEPPER LOCKE LLP** |
| | <u>*/s/ Roger B. Cowie*</u><br>Roger B. Cowie<br>State Bar No. 00783886<br>S.D. Tex. Bar No. 18886<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>T: (214) 740-8000<br>F: (214) 740-8800<br>roger.cowie@troutman.com |
| | Mary M. Weeks (admitted *pro hac vice*)<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, Georgia 30062<br>T: (404) 885-3000<br>mary.weeks@troutman.com |
| | *Counsel for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2025

_____
The Honorable Charles Eskridge
United States District Judge