UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANJANA BHAGAVAN, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-03999 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| NUTEX HEALTH INC, *et al*, | § | |
| Defendants. | § | |

NOTICE OF TRANSFER

1. This case has been TRANSFERRED to Judge Lee Rosenthal for the following reason:

    ☒ Agreement between the judges.

    ☐ Bankruptcy-related case reassigned to the judge with the lowest-numbered case.

    ☐ Recusal.

    ☐ Transfer for revocation hearing with related case.

    ☐ Other: Related case.

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

Nathan Ochsner, Clerk

By: *Jennelle Gonzalez*
Jennelle Gonzalez
Case Manager to Judge Charles Eskridge

Date: December 15, 2025