**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE NUTEX HEALTH INC. SECURITIES LITIGATION | Case No. 4:25-cv-03999 |
| THIS DOCUMENT RELATES TO: 4:25-CV-03999 | |

**AGREED MOTION AND STIPULATION FOR LEAVE TO FILE**
**MEMORANDA IN EXCESS OF TWENTY-FIVE PAGES**

TO THE HONORABLE COURT:

Pursuant to Your Honor's Court Procedure Rule 9A, Defendants Nutex Health Inc., Thomas T. Vo, Jon C. Bates, and Warren Hosseinion (collectively, "Defendants") and Plaintiffs (together, with Defendants, the "Parties"), by and through undersigned counsel, respectfully move for an Order permitting Defendants to file a memorandum in excess of twenty-five pages in support of their motion to dismiss and permitting Plaintiffs to file a memorandum in excess of twenty-five pages in support of their response in opposition to Defendants' motion to dismiss.

1.      On February 2, 2026, Plaintiffs filed the Amended Class Action Complaint (the "AC") in the above-captioned action against Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

2.      As grounds, Defendants' memorandum in support of their motion to dismiss the AC relates to all four of the Defendants and addresses various purported misstatements

or omissions in violation of Sections 10(b) and 20(a) alleged in the AC.  Accordingly, it is not feasible to submit a memorandum within the page-limit that adequately addresses the issues with respect to each Defendant.  Likewise, in the interest of comity, it is not feasible for Plaintiffs to address the issues in their response in opposition to Defendants' motion to dismiss.

3.    On March 13, 2026, the Parties agreed and stipulated to move for leave of this Court to extend the page limitation for their memoranda in support of, and response in opposition to, Defendants' motion to dismiss the AC, respectively, from twenty-five (25) pages to thirty (30) pages.

For these reasons, the Parties agree and respectfully request that the Court enter the Agreed Order filed herewith, granting: (i) Defendants leave to file an opening memorandum up to thirty (30) pages in support of Defendants' motion to dismiss; and (ii) Plaintiffs leave to file a memorandum in opposition thereto up to thirty (30) pages.

This 16th day of March, 2026.

[*signatures on the following page*]

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Brenda Szydlo*
Jeremy A. Lieberman
Texas Bar No.: 1466757
Brenda Szydlo (*pro hac vice*)
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

**LEVI & KORSINSKY, LLP**
/s/ *Adam M. Apton*
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Co-Lead
Plaintiffs and the Class*

**SPONSEL MILLER PLLC**
Thane Tyler Sponsel III
Texas Bar No.: 24056361
520 Poast Oak Boulevard, Suite 310
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile: (713) 892-5401
sponsel@smglawgroup.com

*Liaison Counsel for Co-Lead
Plaintiffs and the Class*

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Roger B. Cowie*
Roger B. Cowie
State Bar No. 00783886
S.D. Tex. Bar No. 18886
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800
roger.cowie@troutman.com

Mary M. Weeks (admitted *pro hac vice*)
600 Peachtree St. NE, Suite 3000
Atlanta, Georgia 30062
T: (404) 885-3000
mary.weeks@troutman.com

*Counsel for Defendants*

- 4 -

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiff
Shah Azman Bin Mohamad Ayub Khan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Roger B. Cowie*
Roger B. Cowie