United States District Court
Southern District of Texas
**ENTERED**
March 30, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE NUTEX HEALTH INC. SECURITIES LITIGATION | Case No. 4:25-cv-03999 |
| THIS DOCUMENT RELATES TO: 4:25-CV-03999 | |

### AGREED ORDER

The Agreed Motion for Leave to File Memoranda in Excess of Twenty-Five Pages is granted.  The parties may each file a memorandum up to a maximum of thirty pages.

Houston, Texas, this 30ᵀᴴ day of March, 2026.


_____

Judge Lee Rosenthal
Senior United States District Judge