**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE NUTEX HEALTH INC. SECURITIES LITIGATION _____ THIS DOCUMENT RELATES TO: 4:25-CV-03999 | Case No. 4:25-cv-03999 |

**DECLARATION OF ROGER B. COWIE IN SUPPORT OF**
**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

I, Roger B. Cowie, an attorney admitted to practice before this Court, declare under penalty of perjury as follows:

1. Attached as Exhibit 1 is a true and correct copy of an excerpt of Nutex Health Inc.'s ("Nutex") Q4 and Full Year 2025 Earnings Call Transcript (Mar. 6, 2026), available at https://www.nutexhealth.com/wp-content/uploads/2026/03/final-030626-Nutex-Health-Q4-FY-2025-10K-earnings-161181.pdf.

2. Attached as Exhibit 2 is a true and correct copy of an excerpt of Nutex's Quarterly Report (Form 10-Q) (Apr. 30, 2026), downloaded from the U.S. Securities and Exchange Commission website, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001479681/000162828026028849/nutx-20260331.htm#i6e65c718d3b046e8bbb38eba9bdadea9_100.

3. Attached as Exhibit 3 is a true and correct copy of Nutex's Press Release entitled "Nutex Health Provides Preliminary Second Quarter Financial Results, Announces Delay In Filing Its 2025 Second Quarter Financial Statements And Announces A Stock

- 2 -

Repurchase Program Of Up To $25 Million," (Aug. 14, 2025), available at https://www.nutexhealth.com/nutex-health-provides-preliminary-second-quarter-financial-results-announces-delay-in-filing-its-2025-second-quarter-financial-statements-and-announces-a-stock-repurchase-program-of-up-to-25-million/.

Executed on July 2, 2026, at Dallas, Texas.

/s/ *Roger B. Cowie*
Roger B. Cowie