**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| IN RE NUTEX HEALTH INC. SECURITIES LITIGATION | Case No.: 4:25-cv-03999 |
|  | Hon. Lee H. Rosenthal |
| THIS DOCUMENT RELATES TO: 4:25-cv-03999 |  |

**NOTICE OF ERRATA**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Gerald F. Cox and Shah Azman Bin Mohamad Ayub Khan ("Plaintiffs") hereby provide this Notice of Errata regarding Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint (the "Opposition"), filed on June 2, 2026 (Dkt. No. 49). Due to inadvertent clerical errors, the Opposition: (i) included an incorrect citation (Dkt. No. 49 at v, 16, 25), and (ii) omitted the word "million" from a sentence (Dkt. No. 49 at 2). Attached hereto as **Exhibit A** and **Exhibit B**, respectively, are clean and redline versions of Plaintiffs' Corrected Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

Dated: July 6, 2026

Respectfully submitted,

**SPONSEL MILLER PLLC**

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
Texas Bar No.: 24056361
520 Post Oak Boulevard, Suite 310
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile: (713) 892-5401

1

Email: sponsel@smglawgroup.com

*Liaison Counsel for Co-Lead Plaintiffs*
*and the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Texas Bar No.: 1466757
Brenda Szydlo (*pro hac vice*)
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
          bszydlo@pomlaw.com
          dferrogari@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*
*and the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 27h Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: aapton@zlk.com

*Co-Lead Counsel for Co-Lead Plaintiffs*
*and the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiff Shah*
*Azman Bin Mohamad Ayub Khan*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 6, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III